1028

[No. 11500-3-III.   Division Three.   July 9, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. GARLAND
ERIC REED, *Appellant.*

Appeal from a judgment of the Superior Court for
Spokane County, No. 90-1-00943-3, Harold D. Clarke, J.,
entered March 8, 1991. *Affirmed* by unpublished opinion per
Sweeney, J., concurred in by Shields, C.J., and Thompson, J.

[No. 11263-2-III.   Division Three.   July 9, 1992.]

JACK LIPPOLD, ET AL, *Respondents*, v. CITICORP
MORTGAGE, INC., *Appellant*, U.S. BANCORP
MORTGAGE CO., *Intervenor.*

Appeal from a judgment of the Superior Court for Benton
County, No. 89-2-01125-2, Carolyn A. Brown, J., entered
November 15, 1990. *Reversed* by unpublished opinion per
Thompson, J., concurred in by Shields, C.J., and Munson, J.

[No. 11674-3-III.   Division Three.   July 9, 1992.]

CIRCLE K ENTERPRISES, INC., *Appellant*, v. SOLAR
PACIFIC, INC., *Respondent.*

Appeal from a judgment of the Superior Court for Yakima
County, No. 83-2-00832-7, Heather Van Nuys, J., entered
June 11, 1991. *Reversed* by unpublished opinion per Thomp-
son, J., concurred in by Shields, C.J., and Sweeney, J.